# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| In Re:<br>ROGER WILLIAM KEHN<br>DARLA JO KEHN<br>**Debtor** | Case No. 16-50941<br><br>Chapter Thirteen (13)<br><br>Judge Gregory R. Schaaf |

## MOTION BY SECURED CREDITOR FOR RELIEF FROM STAY AS TO PROPERTY COMMONLY KNOWN AS 1083 VINE STREET, PARIS, KY 40361

Comes now, JPMorgan Chase Bank, N.A. (hereinafter "Movant"), by counsel, a creditor in the above-referenced case, and moves the Court for an order granting the following:

A. Relief from the automatic stay against Real Property commonly known as 1083 Vine Street, Paris, KY 40361 (hereinafter "Property") pursuant to 11 U.S.C. § 362(d).

B. That the terms of the Order permit Movant to contact the Debtor by telephone or written correspondence, at its option, for the purpose of offering, providing and entering into any potential forbearance agreement, loan modification, refinance agreement, short sale, deed in lieu of foreclosure, or other loan workout / loss mitigation agreement.

**In support of its motion, Movant states as follows:**

1. The Debtor filed a petition for relief under Chapter Thirteen (13) of the Bankruptcy Code.

2. The trustee of the estate of the Debtor in this case is Beverly M. Burden.

3. Movant holds a secured and perfected claim in this case as evidenced by the Proof of Claim, Note, Mortgage and supporting documents attached hereto and

    incorporated herein by reference.

4. The Debtor is delinquent in monthly post-petition account payment(s) for March 1, 2018 and subsequent months.

5. Movant is entitled to relief from the automatic stay because the interest of the Movant is not adequately protected.

6. Debtor has no equity in the Property and the Property is not necessary to an effective reorganization.

7. The Movant should be permitted to contact the Debtor for the limited purpose of informing the Debtor of loss mitigation options that might be available since this information might allow the Debtor to take action to modify the terms of the account, save the collateral for the benefit of the Debtors, or otherwise arrange for a more satisfactory transfer of the collateral back to Movant

**WHEREFORE**, Movant respectfully requests that this Court enter an Order in accordance with the requests set forth above.

Respectfully submitted,

**Reimer Law Co.**

*/s/ Elizabeth McHargue*

_____
Elizabeth McHargue , (KBA# 92134)
RL# C1800978
Reimer Law Co.
639 Washington Ave
Newport, KY 41071
Phone: 859-655-8460
Fax: 859-655-8461
Email: Bankruptcyky@reimerlaw.com

## **NOTICE**

**Please take notice that parties in interest shall have Fourteen (14) days from the date of this motion within which to file a response to the motion and a request for and notice of hearing on such response. If no response is timely filed, the enclosed order may be entered by the court without a hearing on the motion.**

Right to Foreclose

JPMorgan Chase Bank, N.A., services the loan on the property referenced in this Motion for Relief. In the event the automatic stay in this case is lifted/set aside, this case dismisses, and/or the debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of JPMorgan Chase Bank, National Association.

Said entity, directly or through an agent, has possession of the promissory note. The promissory note is either made payable to said entity or has been duly endorsed.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties, on this  8th day of June, 2018

*Elizabeth McHargue* (signature)

_____
Elizabeth McHargue , (KBA# 92134)

**By Notice of Electronic Filing To:**

United States Trustee
Trustee
Debtor(s) Attorney

**By United States Mail To:**

ROGER WILLIAM KEHN
DARLA JO KEHN
1083 VINE STREET
PARIS, KY 40361